**Derek N. JARVIS, Appellant**

v.

**DISTRICT OF COLUMBIA,
et al., Appellees.**

**No. 14–7019.**

United States Court of Appeals,
District of Columbia Circuit.

June 16, 2014.

Derek N. Jarvis, Silver Spring, MD, pro se.

Loren L. Alikhan, Office of the Attorney General, District of Columbia Office of the Solicitor General, Washington, DC, for Appellees.

Before: GRIFFITH and SRINIVASAN, Circuit Judges; GINSBURG, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 30, 2014, be affirmed. Appellant has failed to demonstrate any error in the district court's dismissal of his complaint for lack of subject matter jurisdiction under the *Rooker–Feldman* doctrine. Appellant's claims are "so 'inextricably intertwined' with a state court decision that 'the district court is in essence being called upon to review the state court decision.'" *Stanton v. D.C. Court of Appeals,* 127 F.3d 72, 75 (D.C.Cir.1997) (quoting *D.C. Court of Appeals v. Feldman,* 460 U.S. 462, 482 n. 16, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983)); *see also Chen v. Raz,* 172 F.3d 918 (D.C.Cir. 1999) (per curiam) (table) (applying *Rooker–Feldman* doctrine to bar review of Superior Court decisions in probate proceedings). Nor has appellant provided any objective basis for questioning the district court's impartiality. *See Liteky v. United States,* 510 U.S. 540, 555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994) ("[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.